# Court of Appeals
# of the State of Georgia

ATLANTA,__April 06, 2026_____

*The Court of Appeals hereby passes the following order:*

## A26A1459. DEMARCUS DAVIS v. YOUNG SEON JO.

On January 6, 2026, the trial court entered a final judgment and decree of divorce dissolving the marriage of Demarcus Davis and Young Seon Jo. Davis then filed a notice of appeal. Jo has filed a motion to dismiss the appeal for lack of jurisdiction. For the following reasons, we agree that we lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. See OCGA § 5-6-35(a)(2). In his response to the motion to dismiss, Davis asks the Court to treat the notice of appeal as an application for discretionary appeal. However, "[c]ompliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Here, Davis failed to file an application for discretionary appeal, and thus, we do not have jurisdiction over this direct appeal. Accordingly, Jo's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__04/06/2026_____*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*